NVB 250B (Rev. 10/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−14−13791−abl |
| | CHAPTER 11 |
| TERESA JEAN MOORE and ROBERT GARVIN MOORE , | |
| Debtor(s) | Adversary Proceeding: BK−14−01157−abl |
| | |
| TERESA JEAN MOORE | AMENDED SUMMONS AND |
| ROBERT GARVIN MOORE | NOTICE OF SCHEDULING |
| Plaintiff(s) | CONFERENCE IN AN ADVERSARY PROCEEDING |
| | |
| vs | Hearing Date:  February 17, 2015 |
| | Hearing Time:  9:30 am |
| WELLS FARGO BANK, NA TRSTE | |
| Defendant(s) | |

**To each Defendant listed above, YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of the Clerk:

Clerk, U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101

NVB 250B (Rev. 10/14)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

TERESA JEAN MOORE
8685 QUEENS BROOK COURT
LAS VEGAS, NV 89129

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Hearing Date: | February 17, 2015 |
| Hearing Time: | 9:30 am |
| Hearing Location: | ABL–Courtroom 1, Foley Federal Bldg |
| | 300 Las Vegas Blvd South, |
| | Las Vegas, NV 89101 |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: October 22, 2014

Mary A. Schott
Clerk of Court

NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:  
TERESA JEAN MOORE and ROBERT GARVIN MOORE  
,  
                          Debtor(s)

BK−14−13791−abl  
CHAPTER 11

Adversary Proceeding: BK−14−01157−abl

TERESA JEAN MOORE  
ROBERT GARVIN MOORE, et al,  
                          Plaintiff(s)

vs

WELLS FARGO BANK, NA TRSTE, et al,  
                          Defendant(s)

COMPLAINT, SUMMONS  
STANDARD DISCOVERY PLAN AND  
SCHEDULING ORDER PACKET

Hearing Date:  February 17, 2015  
Hearing Time:  9:30 am

I, _____, certify that I am at least 18 years old and not a party to the matter concerning
               (name)  
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on _____  
         (date)

by:

☐    Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: (Describe briefly)

☐    State Law: The defendant was served pursuant to the laws of the State of _____,
        as follows: (Describe briefly)                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: _____       Signature:_____

Print Name: _____

Business Address:_____

City: _____ State: _____ Zip: _____