Teresa Jean Moore
Robert-Garvin: Moore
8685 Queens Brook Court
Las Vegas, Nevada 89129
Tel: 818-206-1146
Fax: 818-647-1186
Net: teresa_j_moore@yahoo.com

*For the Plaintiffs in the propria persona*

RECEIVED & FILED

14 NOV 25 AM 1 :43

U.S. [illegible]

## United States Bankruptcy Court
### District of Nevada
300 Las Vegas Boulevard South, Las Vegas, Nevada 89101

| | |
|---|---|
| In re<br>　　Teresa Jean Moore<br>　　Robert-Garvin: Moore<br>　　　　　　　　　Debtors. | Bankruptcy Case: 14-13791-ABL<br>Chapter 11 |
| Teresa Jean Moore,<br>Robert-Garvin: Moore,<br>　　　　　　　　　Plaintiffs<br>　　v.<br>ASSOCIATION OF APARTMENT OWNERS OF THE ALA WAI MANSION;<br>WELLS FARGO BANK, N.A. AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC2 ASSET-BACKED PASS-THROUGH CERTIFICATES<br>　　　　　　　　　Defendants. | Adversary Proceeding No: 14-01157<br><br>REQUEST AND AFFIDAVIT FOR THE ENTRY OF THE DEFAULT BY THE CLERK |

## REQUEST

### FOR THE ENTRY OF THE DEFAULT BY THE CLERK

The Plaintiffs Teresa Jean Moore and Robert-Garvin: Moore (Plaintiffs) request the entry of the default by the Defendant ASSOCIATION OF APARTMENT OWNERS OF THE ALA WAI MANSION (AOAO) by the Rule 7055 of the Federal Rules of Bankruptcy Procedure (FRBP). The Docket of the Adversary Proceeding shows that the Defendant AOAO has failed to timely plead or otherwise defend against the claims of the Plaintiffs, who support the request by the affidavit of the facts by the following:

# AFFIDAVIT

## FOR THE ENTRY OF THE DEFAULT BY THE CLERK

I, **Teresa Jean Moore**, affirm the facts of the default by the following:

1. My name is Teresa Jean Moore and I have personal knowledge of the facts in this affidavit.

2. My husband, Robert-Garvin: Moore, and I are the plaintiffs in the Adversary Proceeding No: 14-01157 (Adversary), which we commenced on the October 15, 2014 against the Defendant AOAO by the filing of the Complaint with the Clerk of the U.S. Bankruptcy Court, District of Nevada (Court). *Dkt # 001*.

3. The Clerk of the Court issued the process of the Summons against the defendants on the October 15, 2014 by the preparation and the delivery of the document to my husband and I. *Dkt # 003*.

4. On the October 24, 2014, my husband and I caused the service of the Summons and Complaint upon the Defendant AOAO by the delivery upon the president and the attorney by the First-Class U.S. Mail. *Dkt # 007*. The attachment of the Exhibit-01 is a true and correct copy of the CERTIFICATE OF SERVICE, which the Server Todd Zang executed on the October 24, 2014. *Id*.

5. My husband and I have not received a response to the complaint from the Defendant AOAO and the Docket of the Adversary does not show the filing of any response or a request for the extension of the time by the Defendant AOAO.

6. The time for the filing of a response to the complaint under the FRBP Rule 7012 expired on the November 14, 2014.

7. Less than 120-days have elapsed since the service of the Summons and Complaint upon the Defendant AOAO by the mail.

8. Upon our knowledge and belief, the Defendant AOAO, which is not in the military service, has failed to answer or otherwise defendant against our claims in the Complaint.

9. Therefore, we request the entry of the default by the Clerk of the Court.

---End---

//

//

_Teresa D. Moore_
Teresa Jean Moore
8685 Queens Brook Court
Las Vegas, Nevada 89129
Tel: 818-206-1146

State of California               )
                                  )   S.S.
County of Los Angeles             )

SUBSCRIBED and SWORN (or affirmed) before me on this date: November 24th, 2014 by Teresa Jean Moore, who proved to me on the basis of satisfactory evidence to be the person, who appeared before me.

[Notary Seal: TINA LEY, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 09-15-2018]

_____
Signature of Notary Public

Print Name: Tina Ley

My commission expires: 09/15/2018

Case 14-01157-abl    Doc 7    Entered 11/03/14 14:01:50    Page 1 of 40
Case 14-01157-abl    Doc 10   Entered 11/26/14 16:11:43    Page 4 of 10
Case 14-01157-abl    Doc 3    Entered 10/15/14 15:27:52    Page 1 of 4

NVB 250B (Rev. 10/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

RECEIVED & FILED

14 OCT 31 P1 :41

U.S. BANKRUPTCY COURT

IN RE:

TERESA JEAN MOORE and ROBERT GARVIN MOORE,
                    Debtor(s)

BK-14-13791-abl
CHAPTER 11

Adversary Proceeding: BKR-14-01157-abl CLERK

TERESA JEAN MOORE
ROBERT GARVIN MOORE
                    Plaintiff(s)

SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

Hearing Date: February 17, 2015
Hearing Time: 9:30 AM

vs

~~KAPONO F.H. KIAKONA~~
~~JOE CORNER~~
AOAO ALA WAI MANSION
~~CARLOS PEREZ~~
~~KAYLENE KAMADA~~
~~ALA WAI MANSION INC.~~
~~DEXTER HIGA~~
~~WALTER BEH II~~
WELLS FARGO BANK, NA TRSTE
                    Defendant(s)

**To each Defendant listed above, YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of the Clerk: |
|---|
| Clerk, U.S. Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 |

NVB 250B (Rev. 10/14)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

TERESA JEAN MOORE
8685 QUEENS BROOK COURT
LAS VEGAS, NV 89129

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Hearing Date: | February 17, 2015 |
| Hearing Time: | 9:30 AM |
| Hearing Location: | ABL-Courtroom 1, Foley Federal Bldg |
| | 300 Las Vegas Blvd South, |
| | Las Vegas, NV 89101 |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: October 15, 2014

Mary A. Schott
Mary A. Schott
Clerk of Court

Case 14-01157-abl    Doc 7    Entered 11/03/14 14:01:50    Page 3 of 4
Case 14-01157-abl    Doc 10   Entered 11/26/14 16:11:43    Page 6 of 10
Case 14-01157-abl    Doc 3    Entered 10/15/14 15:27:52    Page 3 of 4

NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

TERESA JEAN MOORE and ROBERT GARVIN MOORE

Debtor(s)

BK-14-13791-abl
CHAPTER 11

Adversary Proceeding: BK-14-01157-abl

TERESA JEAN MOORE
ROBERT GARVIN MOORE, et al,
Plaintiff(s)

vs

~~KAPONO F.H. KIAKONA~~
~~JOE CORNER~~
AOAO ALA WAI MANSION
~~CARLOS PEREZ~~
~~KAYLENE KAMADA~~
~~ALA WAI MANSION~~ INC.
~~DEXTER HIGA~~
~~WALTER BEH II~~
WELLS FARGO BANK, NA TRSTE, et al,
Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date: February 17, 2015
Hearing Time: 9:30 AM

I, _____Todd Zang_____, certify that I am at least 18 years old and not a party to the matter concerning
          (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint
along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made
on ___October 24, 2014___
          (date)

by:

- [X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    See the SERVICE ADDRESS LIST on the next page

- [ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

- [ ] Residence Service: By leaving the process with the following adult at:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- [ ] Publication: The defendant was served as follows: (Describe briefly)

☐  State Law: The defendant was served pursuant to the laws of the State of _____,
    as follows: (Describe briefly)                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  October 24, 2014                    Signature: _____

| Print Name: Todd Zang |
| Business Address: 8685 Queens Brook Court |
| City: Las Vegas    State: Nevada    Zip: 89129 |

## SERVICE ADDRESS LIST

ALA WAI MANSION AOAO
Attn: Joe Corner
2029 Ala Wai Boulevard, Apartment 601
Honolulu, Hawaii 96815


ALA WAI MANSION AOAO
Attn: Kapono F. Kiakona, Esq.
841 Bishop Street, Suite 1500
Honolulu, HI 96813


WELLS FARGO BANK, N.A. AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN
TRUST, SERIES 2006-NC2 ASSET-BACKED PASS-THROUGH CERTIFICATES
Attn: Darren Fulco, C.E.O.
1610 E. St. Andrews Place, #B150
Santa Ana, CA 92705

Teresa J. Moore
Robert-Garvin: Moore
8685 Queens Brook Court
Las Vegas, Nevada 89129
Tel: 818-206-1146
Fax: 818-647-1186
Net: teresa_j_moore@yahoo.com

*For the Petitioners in the propria persona*

# UNITED STATES BANKRUPTCY COURT
## District of Nevada
### 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101

| | |
|---|---|
| In re<br>　　Teresa Jean Moore<br>　　Robert-Garvin: Moore<br>　　　　　　　　Debtors. | Bankruptcy Case: 14-13791-ABL<br>Chapter 11 |
| Teresa Jean Moore,<br>Robert-Garvin: Moore,<br>　　　　　　　　Plaintiffs<br>　　　　v.<br>ASSOCIATION OF APARTMENT OWNERS OF THE ALA WAI MANSION;<br>WELLS FARGO BANK, N.A. AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC2 ASSET-BACKED PASS-THROUGH CERTIFICATES<br>　　　　　　　　Defendants. | Adversary Proceeding No: 14-01157<br><br>MAIL SERVICE DECLARATION |

## **MAIL SERVICE DECLARATION**

I, Teresa Jean Moore, served a true and correct copy of the documents: <u>REQUEST AND AFFIDAVIT FOR THE ENTRY OF THE DEFAULT BY THE CLERK; [PROPOSED] ENTRY OF DEFAULT; MAIL SERVICE DECLARATION</u> from the place: <u>Battle Ground, Washington</u> by the method: <u>selection</u> to the addressees:

| Method: U.S. Postal Mail    Date: 11/24/2014 | Method: U.S. Postal Mail    Date: 11/24/2014 |
|---|---|
| **U.S. BANKRUPTCY COURT**<br>Attn: Mary A. Schott, Clerk<br>300 Las Vegas Boulevard South<br>Las Vegas, NV 89101 | **ALA WAI MANSION AOAO**<br>Attn: Joe Corner<br>2029 Ala Wai Boulevard, Apt. 603<br>Honolulu, Hawaii 96815 |
| Method: U.S. Postal Mail    Date: 11/24/2014 | Method: U.S. Postal Mail    Date: |
| **ALA WAI MANSION AOAO**<br>Attn: Kapono F. Kiakona, Esq.<br>841 Bishop Street, Suite 1500<br>Honolulu, HI 96813 | |

I declare under the penalty of the perjury by the laws of the United States of the America that the foregoing statements are truth to the best of my knowledge and belief and that I executed this declaration at the <u>Battle Ground, Washington</u>.

Date: <u>November 24, 2014</u>

*[signature]*
Teresa Jean Moore
Tel: 818-206-1146

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re     **Teresa Jean Moore** <br> **Robert-Garvin: Moore** <br>                     Debtor(s) | ) ) ) ) ) ) | Case. No. **14-13791-ABL** <br><br> Chapter **11** |
| **Teresa Jean Moore and Robert-Garvin: Moore** <br>                     Plaintiff <br> v. <br> **ASSOCIATION OF APARTMENT OWNERS OF THE ALA WAI MANSION** <br>                     Defendant | ) ) ) ) ) ) ) ) | Adv. Proc. No. **14-01157-ABL** |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:
> **ASSOCIATION OF APARTMENT OWNERS OF THE ALA WAI MANSION**

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

NVB B 260 (4/12)